UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLY BAKKEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C13-CV-05869-JLR-JLW<br><br>ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation, and finds that Plaintiff was disabled during the relevant period.

(2)   The Court REMANDS for further proceedings consistent with the Report and Recommendation. On remand, the Commissioner should determine whether Plaintiff's alcohol abuse was a contributing factor to her disability, and determine her eligibility for benefits accordingly.

//

ORDER REVERSING COMMISSIONER
PAGE -1

01    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

02    DATED this 25th day of August, 2014.

```
                                                  _____
                                                  JAMES L. ROBART
                                                  United States District Judge
```

ORDER REVERSING COMMISSIONER
PAGE -2